

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-18-00991-CV

**IN THE INTEREST OF K.N.J. AND K.J.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00515
Honorable Richard Price, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to March 7, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court